

# LAW OFFICES OF
# ERIC FRANZ, P.L.L.C.

August 18, 2022

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    **United States v. Luigi Romano**
                          **Criminal Docket No. 15Cr.00491 (JSR)**

Dear Judge Rakoff:

      I represent the Defendant, Luigi Romano in the above-referenced matter. Mr. Romano was sentenced by Judge Forrest on March 2, 2018 to a term of 36 months imprisonment to be followed by one year of supervised release. He has successfully completed his sentence.

      With the consent of A.U.S.A. Jordan Estes I respectfully request that the Court issue an Order permitting Pre-Trial Services to return Mr. Romano's passport to him.

      Thank you for your consideration of this request.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
8-23-22

Respectfully submitted,

*Eric Franz*

Eric Franz

---

One Old Country Road, Suite 347      www.efranzlaw.com      (212) 355-2200 (phone)
Carle Place, New York 11514                                                     (212) 937-2217 (fax)